

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

(212) 416-8653

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

June 24, 2008

VIA FACSIMILE
Honorable Richard J. Howell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED JUN 24 2008
CHAMBERS OF
RICHARD J. HOLWELL

Re: Al Banche v. Fischer / 08 Civ. 4751 (RJH)

Dear Judge Howell:

I represent the defendants former Commissioner Goord, Commissioner Fischer and Superintendent Marshall of the New York State Department of Correctional Services in the above-referenced action. With the consent of plaintiff's counsel I write to respectfully request an adjournment of the conference scheduled for Friday, June 27, 2008 to Friday, July 18, 2008 at 10:45 a.m.

Respectfully submitted,

REBECCA ANN DURDEN
Assistant Attorney General

cc: (Cynthia Conti-Cook, Via facsimile)

SO ORDERED:

USDJ
6/34/08

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 - FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US