AUG-08-2008 14:01                                                                                              P.02/02

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

(212) 416-8653

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

August 8, 2008

VIA FACSIMILE
Honorable Richard J. Howell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
AUG - 8 2008
CHAMBERS OF
RICHARD J. HOWELL

Re: Al Banche v. Fischer / 08 Civ. 4751 (RJH)

Dear Judge Howell:

[handwritten: grievable]
[handwritten margin: medical]

I represent the defendants former Commissioner Goord, Commissioner Fischer and Superintendent Marshall of the New York State Department of Correctional Services in the above-referenced action. I write in response to counsel's letter dated July 28, 2008 wherein counsel contends that plaintiff's lack of exhaustion should be excused because he was told that outside medical services was not ~~giveable~~. Defendants contend, however, that because he seeks to hold the defendants liable for medical services relating to his treatment from Department employees, plaintiff's argument is without merit.

In accordance with the Court's instructions that the defendants advise the Court whether they still intend to move to dismiss, I write to advise the Court that defendants will move to dismiss on the following grounds: 1) this Court lacks jurisdiction over plaintiff's pendent State Law Claims; 2) plaintiff failed to exhaust his administrative remedies as is required by the Prisoner Litigation Reform Act; 3) plaintiff fails to state a claim for deliberate indifference to his serious medical needs; 4) plaintiff fails to state a claim for a due process violation; 5) plaintiff has failed to allege the personal involvement of the individually named defendants; and 6) the defendants are entitled to qualified immunity.

Defendants propose the following briefing schedule:

Defendants' motion to be served and filed by ~~August 20~~ [handwritten: Sept. 12], 2008
Plaintiff's opposition papers to be served and filed by ~~September 17~~ [handwritten: October 10], 2008   } RJH
Defendants' reply papers to be served and filed by October ~~X~~ [handwritten: 20], 2008

Wherefore, it is respectfully requested that the Court adopt the above briefing schedule and that all discovery be stayed pending a decision on the motion.

Respectfully submitted,

REBECCA ANN DURDEN
Assistant Attorney General

[handwritten: SO ORDERED
[signature] 
USDJ
8/25/08]

cc: Cynthia Conti-Cook, Via facsimile

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US

TOTAL P.02